JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CYMEYON VICTOR HILL,

     Plaintiff,

    v.

DR. SOTO, ET AL.,

     Defendants.

No. ED CV 25-1992-JLS(E)

JUDGMENT

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  February 20, 2026 .

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE